O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.5.12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GENE EATON,<br><br>        Petitioner,<br><br>vs.<br><br>LINDA McGREW, Warden,<br><br>        Respondent. | Case No. CV 12-0988-AG (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action without prejudice.

DATED: March 31, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE