I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.5.12

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GENE EATON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>LINDA McGREW, Warden,<br><br>　　　　Respondent. | Case No. CV 12-0988-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: MARCH 31, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM
APR - 5 2012
BY rla            178

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY rla            DEPUTY